**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Rachel Lee MEYER, a/k/a Juliet Frances Jones, Defendant— Appellant.**

No. 05–50847.

United States Court of Appeals, Ninth Circuit.

Submitted March 3, 2008 *.

Filed March 7, 2008.

April Anita Christine, Esq., Becky S. Walker, Esq., USLA—Office of The U.S.

---

\* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Kyle Gee, Esq., Henrikson & Gee, Karyn H. Bucur, Esq., Oakland, CA, Karyn H. Bucur Attorney at Law, Laguna Hills, CA Rachel Lee Meyer FCIP—Federal Correctional Institution, (Phoenix) Female Unit, Phoenix, AZ, for Defendant–Appellant.

Before: GOODWIN, SCHROEDER, and TALLMAN, Circuit Judges.

### MEMORANDUM \*\*

Meyer was jointly tried with Joseph Fabricant and they separately appealed. We reversed Fabricant's convictions due to a Confrontation Clause violation. *See United States v. Fabricant,* 240 Fed.Appx. 244 (9th Cir.2007). Meyer raises the same issue on appeal. Under the law of the case doctrine, we are bound by our previous ruling. *See United States v. Schaff,* 948 F.2d 501, 506 (9th Cir.1991) ("We have previously found the law of the case doctrine to be applicable when the appeal of one co-defendant is decided prior to the appeal of the other co-defendant, if both were convicted at the same trial.") (citing *United States v. Tierney,* 448 F.2d 37, 39 (9th Cir.1971)).

Accordingly, we REVERSE Meyer's convictions and VACATE her sentence.

TALLMAN, Circuit Judge, concurring in the judgment:

For the reasons expressed in my dissent to the decision in *United States v. Fabri-*

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*cant*, 240 Fed.Appx. 244 (9th Cir.2007), I would affirm. However, I am bound by the law of the case and I join in the judgment as to co-defendant Rachel Lee Meyer.